IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, Plaintiff, v. GERALD LEE FARRELL, JR., aka BRANDON GERALD FARRELL, aka BRANDON GERALD FARRELL, JR., aka GERALD L. FARRELL, JR., aka GERALD L. FARRELL, aka GERALD LEE FARRELL, Defendants. | Case No. 1:04-cr-180-BLW<br><br>**ORDER** |
|---|---|

The Court has before it a motion to continue trial filed by the Government. The Government established that an essential witness – the victim of the crimes alleged – is living in Germany and that there is some difficulty in obtaining her appearance for the trial date now set. The Court finds that the Government counsel's affidavit establishes the essential nature of the witness, the diligence of the Government in attempting to procure her appearance by the time of the trial, and the unavoidable circumstances that have caused this delay.

**Order - 1**

For all these reasons, the Court finds excludable time under 18 U.S.C. § 3161(h)(3)(A)(iv), which authorizes a finding of excludable time if an essential witness is unavailable. The Court finds that a reasonable period of continuance would be until March 17, 2014.

The Court finds that the period of time between the date the motion to continue was filed and the new trial date is excludable time under the Speedy Trial Act. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for continuance (docket no. 16) filed by defendant be, and the same is hereby, GRANTED, and that the present trial date be VACATED, and that a new trial be set for **March 17, 2014, at 1:30 p.m.** in the Federal Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED, that the period of time between the date the motion to continue was filed and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

IT IS FURTHER ORDERED, that the pretrial conference shall be held on March 6, 2014, at 4:00 p.m. by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

IT IS FURTHER ORDERED, that the defendant shall file all pretrial

motions on or before February 10, 2014.



DATED: **January 15, 2014**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 3**