UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>BRANDON GERALD FARRELL,<br><br>        Defendant. | Case No. 1:04-cr-180-BLW<br><br>**ORDER APPOINTING CJA COUNSEL** |

    IT IS HEREBY ORDERED that Paul E. Riggins, CJA attorney for the District of Idaho is appointed to represent this defendant in the proceedings before the United States Court of Appeals for the Ninth Circuit.

DATED: **August 6, 2014**

B. LYNN WINMILL
Chief Judge
United States District Court